# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

NICOLE MARIE HUTCHINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-306

_____

December 27, 2023

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.